```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      EASTERN DIVISION
```

**RICHARD SEALS, #87408**                                      **PLAINTIFF**

**versus**                                  **Civil action no. 4:06cv33TSL-LRA**

**KIM REECE**                                                  **DEFENDANT**

## FINAL JUDGMENT

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the memorandum opinion and order issued this day, it is hereby,

ORDERED AND ADJUDGED that this cause is dismissed with prejudice for plaintiff's failure to state a claim, pursuant to 28 U.S.C. section 1915(e)(2)(B)(ii). Therefore, this dismissal will count as a "strike" under § 1915(g).

SO ORDERED AND ADJUDGED, this the <u> 1st</u> day of February, 2007.


                                    <u>/s/Tom S. Lee            </u>
                                    UNITED STATES DISTRICT JUDGE